CITY OF NEW ORLEANS *v.* BUSH ET AL.

No. 812.  Decided May 8, 1961.

*Alvin J. Liska* and *Gerald P. Fedoroff* for appellant.
*Samuel I. Rosenberg* for appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

BOLOGNA *v.* MORRISSEY.

No. 829.  Decided May 8, 1961.

*Landman Teller* for appellant.

*Frank E. Everett, Jr.* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.